[No. 8939-8-III. Division Three. March 23, 1989.]

THE STATE OF WASHINGTON, *Appellant*, v. SCOTT R.
DIEFENBACH, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Grant

County, No. 86–1–00123–1, Evan E. Sperline, J., entered October 16, 1987. *Reversed* by unpublished opinion per Shields, J., concurred in by Thompson, C.J., and Green, J.